1

**LAW OFFICE OF JOHN P. DORIGAN**
JOHN P. DORIGAN, ESQ., CA Bar No.98964

2

82237 Odlum Drive
Indio, California 92201

3

Telephone: (760) 342-8074
Fax: (760) 347-1490

4

Email: jpdorigan@aol.com

5

*Attorney for Plaintiffs Dan Armstrong*

6

*  and Susan Armstrong*

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**
**(Eastern Division)**

9

10

DAN ARMSTRONG and  SUSAN
ARMSTRONG,

**CASE NO. EDCV11-906 VAP (DTBx)**

11

Plaintiffs,

12

v.

**NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Local Rule 83-1.4.3)**

13

14

ZIMMER HOLDINGS, INC., ZIMMER,
INC., and ZIMMER US, INC.,

15

Defendants.

16

17

18

Pursuant to Central District Local Rule 83-1.4.3, Notice of Petition to the Judicial Panel on Multidistrict Litigation – Duty of Counsel, this Court is hereby advised that this action is related to an action currently pending in the U.S.D.C., District of New Jersey, Master Docket No. 09-4414-SDW (MCAx); MDL No. 2158, entitled *In Re Durom Hip Cup Products Liability Litigation*, for purposes of coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. § 1407.

19

20

21

22

23

Pursuant to Rule 7.1 of the *Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation*, this action has been transferred to the above-named Court and assigned to the Honorable Susan D. Wingenton.

24

25

26

///

27

///

28

Not. Of Pendency of Other Action          1      Case No. EDCV11-906 VAP (DTBx)

1    A copy of the Conditional Transfer Order (CTO-12), filed by the Clerk of

2    the Panel on June 27, 2011, is attached hereto.

3

4    Dated:   June 28, 2011                    /s/        John P. Dorigan
                                              LAW OFFICE OF JOHN P. DORIGAN,
5                                             *Attorney for Plaintiffs Dan Armstrong*
                                              *and Susan Armstrong*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case MDL No. 2158   Document 108   Filed 06/27/11   Page 1 of 2

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ZIMMER DUROM HIP CUP PRODUCTS
LIABILITY LITIGATION**                                        MDL No. 2158

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–12)**

On June 9, 2010, the Panel transferred 11 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 717 F.Supp.2d 1376 (J.P.M.L. 2010). Since that time, 56 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Susan D Wigenton.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wigenton.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of June 9, 2010, and, with the consent of that court, assigned to the Honorable Susan D Wigenton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Case MDL No. 2158   Document 108   Filed 06/27/11   Page 2 of 2

**IN RE: ZIMMER DUROM HIP CUP PRODUCTS
LIABILITY LITIGATION**                                         MDL No. 2158

### SCHEDULE CTO−12 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 2 | 11−04199 | David R Prince v. Zimmer Inc |
| CAC | 5 | 11−00839 | Dimitri T. Burton v. County of Riverside Sheriff   Vacated 06/17/2011 Department et al |
| CAC | 5 | 11−00906 | Dan Armstrong et al v. Zimmer Holdings Inc et al |

**FLORIDA MIDDLE**

| | | | |
|---|---|---|---|
| FLM | 8 | 11−01171 | Mack et al v. Zimmer, Inc. |

**OHIO SOUTHERN**

| | | | |
|---|---|---|---|
| OHS | 2 | 11−00338 | Ricciardo et al v. Zimmer Holdings, Inc. |
| OHS | 3 | 11−00187 | Hartman v. Zimmer Holdings, Inc. et al |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| TXS | 4 | 11−01610 | Young et al v. Zimmer, Inc. et al |